Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SYNCHRONOSS TECHNOLOGIES )
)
Plaintiff(s), )
)
v. )
)
EGNYTE, INC. )
)
Defendant(s). )
)

Case No: 5:16-cv-00120

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ryan T. Beard                    , an active member in good standing of the bar of
Texas                    , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Egnyte, Inc.                    in the
above-entitled action. My local co-counsel in this case is Neil A. Smith                    , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1120 S. Capital of TX Hwy., Bldg. 2, Ste. 300 Austin, Texas 78746 | One Embarcadero Center, Ste. 400 San Francisco, California 94111 |
| MY TELEPHONE # OF RECORD: (512) 853-8800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 377-9280 |
| MY EMAIL ADDRESS OF RECORD: rbeard@intprop.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: neil.smith@rimonlaw.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 14004400        .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 02/17/15

Ryan T. Beard
_____
APPLICANT

## ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ryan T. Beard                    is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: 2/17/2016

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                        *October 2012*

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

### Ryan Tyler Beard

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 3rd day of November, 1999.

I further certify that the records of this office show that, as of this date

### Ryan Tyler Beard

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 11th day of February, 2016.

BLAKE HAWTHORNE, Clerk

by _Blanca E. Valdez_

Blanca E. Valdez, Deputy Clerk

No. 021116AA

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.