1  SARAH S. ESKANDARI (SBN 271541)
   DENTONS US LLP
2  525 Market Street, 26th Floor
   San Francisco, CA 94105-2708
3  Telephone: (415) 882-5000
   Facsimile: (415) 882-0300
4  Email: sarah.eskandari@dentons.com

5  MARK L. HOGGE (*Pro Hac Vice*)
   SHAILENDRA K. MAHESHWARI (*Pro Hac Vice*)
6  NICHOLAS H. JACKSON (SBN 269976)
   DENTONS US LLP
7  1900 K Street, N.W.
   Washington, DC 20006
8  Telephone: (202) 408-6400
   Facsimile: (202) 408-6399
9  Email: mark.hogge@dentons.com
   Email: shailendra.maheshwari@dentons.com
10 Email: nicholas.jackson@dentons.com

11 JOEL N. BOCK (*Pro Hac Vice*)
   DENTONS US LLP
12 101 JFK Parkway
   Short Hills, New Jersey 07078-2708
13 Telephone: (973) 912-7100
   Facsimile: (973) 912-7199
14 Email: joel.bock@dentons.com

15 *Attorneys for Plaintiff*
   *Synchronoss Technologies, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> EGNYTE, INC. <br><br> Defendant. | Case No. 3:16-CV-00120-HSG <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO WITHDRAW COUNSEL ANDREW M. GRODIN** |

- 1 -

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO WITHDRAW COUNSEL ANDREW M. GRODIN
CASE NO. 3:16-CV-00120-HSG

**THIS MATTER,** came before the Court upon Plaintiff Synchronoss Technologies, Inc.'s Administrative Motion To Withdraw Counsel Andrew M. Grodin.

IT IS HEREBY ORDERED, good cause having been shown, that the Administrative Motion to Withdraw Counsel Andrew M. Grodin is hereby GRANTED.

DATED:   3/15/2016

Hon. Haywood S. Gilliam, Jr.
United States District Judge

- 2 -
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO WITHDRAW COUNSEL ANDREW M. GRODIN
CASE NO. 3:16-CV-00120-HSG