| | |
|---|---|
| DURIE TANGRI LLP<br>SONALI D. MAITRA (SBN 254896)<br>smaitra@durietangri.com<br>TIMOTHY C. SAULSBURY (SBN 281434)<br>tsaulsbury@durietangri.com<br>CATHERINE Y. KIM (SBN 308442)<br>ckim@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: (415) 362-6666<br>Facsimile: (415) 236-6300<br><br>Attorneys for Defendant<br>FUNAMBOL, INC.<br><br>NEIL A. SMITH (SBN 63777)<br>RIMON P.C.<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111<br>Phone: (415) 377-9280<br>Facsimile: (800) 930-7271<br>Email: neil.smith@rimonlaw.com<br><br>Attorneys for Defendant EGNYTE, INC. | SARAH S. ESKANDARI (SBN 271541)<br>DENTONS US LLP<br>One Market Plaza<br>Spear Tower, 24th Floor<br>San Francisco, California 94105<br>Telephone: (415) 267-4000<br>Facsimile: (415) 267-4198<br>Email: sarah.eskandari@dentons.com<br><br>MARK L. HOGGE (*Pro Hac Vice*)<br>SHAILENDRA K. MAHESHWARI (*Pro Hac Vice*)<br>NICHOLAS H. JACKSON (SBN 269976)<br>DENTONS US LLP<br>1900 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 408-6400<br>Facsimile: (202) 408-6399<br>Email: mark.hogge@dentons.com<br>Email: shailendra.maheshwari@dentons.com<br>Email: nicholas.jackson@dentons.com<br><br>Attorneys for Plaintiff<br>SYNCHRONOSS TECHNOLOGIES, INC. |

*(Additional Counsel Listed on Following Page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC.,<br>                Plaintiff,<br>   v.<br>FUNAMBOL, INC.,<br>                Defendant. | Case No. 3:16-cv-02026-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[CIVIL LOCAL RULE 6-2]<br><br>Date:    February 14, 2017<br>Time:   2:00 p.m.<br>Ctrm:   10, 19th Floor<br>Judge:  Honorable Haywood S. Gilliam, Jr. |
| SYNCHRONOSS TECHNOLOGIES, INC.,<br>                Plaintiff,<br>   v.<br>EGNYTE, INC.,<br>                Defendant. | Case No. 3:16-cv-00120-HSG |

1  RYAN T. BEARD (*Pro Hac Vice*)
   ERIC B. MEYERTONS (*Pro Hac Vice*)
2  DWAYNE K. GOETZEL (*Pro Hac Vice*)
   MEYERTONS, HOOD, KOWERT & GOETZEL P.C.
3  1120 S. Capital of Texas Hwy.
   Building 2, Suite 300
4  Austin, Texas 78746
5  Telephone: (512) 853-8800
   Fax: (512) 853-8801
6  Email: rbeard@intprop.com

7  Attorneys for Defendant EGNYTE, INC.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Pursuant to Civil Local Rule 6-2, Plaintiff, Synchronoss Technologies, Inc. ("Synchronoss" or "Plaintiff"), and Defendants Funambol, Inc. ("Funambol") and Egnyte, Inc. ("Egnyte") (collectively, the "Parties"), by and through their respective counsel and subject to the Court's approval, have met and conferred and respectfully request that the Court enter the following stipulation to continue the date of the Case Management Conference.

**I.  FACTUAL BACKGROUND**

In support of this stipulation, the undersigned Parties provide the following facts:

A.  On April 20, 2016, this matter ("*Funambol*") was transferred to this District from the United States District Court of New Jersey and reassigned to United States District Court Magistrate Judge Nathanael M. Cousins.  (ECF 41).

B.  On May 16, 2016, Funambol filed, pursuant to Civil Local Rule 3-12, an administrative motion to consider whether this case should be related to two cases currently pending before Judge Gilliam: (1) *Synchronoss Techs., Inc. v. Dropbox, Inc.*, Case No. 16-cv-00119-HSG; and (2) *Synchronoss Techs., Inc. v. Egnyte, Inc.*, Case No. 16-cv-00120-HSG ("*Egnyte*").  *See Synchronoss Techs., Inc. v. Dropbox, Inc*., Case No. 16-cv-00119-HSG.  (ECF 104).  On May 25, 2016, this Court granted Funambol's administrative motion and issued an order relating this matter to the Egnyte and Dropbox matters. (ECF 106).

C.  On January 19, 2017, the Court issued an Order Setting Case Management Conference and ADR Deadlines, setting the Case Management Conference for February 14, 2017 at 2:00 p.m., and setting related deadlines based on that date for both the *Funambol* and *Egnyte* actions.  (Case No. 3:16-cv-02026-HSG at ECF 76; Case No. 16-cv-00120-HSG at ECF 64).

D.  Lead counsel for Funambol is not available on February 14, 2017 at 2:00 p.m. to attend the Case Management Conference due to a scheduling conflict.

E.  Based on these facts, there is good cause to grant the requested extension because the Parties believe a continuance is necessary in order to give them adequate time to meet and confer on the relevant issues.  Further, the Parties believe a continuance would be in the interest of judicial economy, conserve the Court's and the Parties' resources, and allow for a more efficient and productive discussion with the Court.

F.   On January 23, 2017, in an email exchange, counsel for Synchronoss and Funambol met and conferred and agreed to request a continuance of the Case Management Conference to February 28, 2017 or a later date, subject to the convenience of the court.

G.   On January 23, 2017, in an email exchange, counsel for Funambol also met and conferred with counsel for Egnyte to obtain their concurrence to continue the Case Management Conference in the related case *Synchronoss Techs., Inc. v. Egnyte, Inc*., Case No. 16-cv-00120-HSG.  Counsel for Egnyte concurs in the Parties' request to continue the Case Management Conferences in both the *Funambol* and *Egnyte* actions to February 28, 2017 or a later date, subject to the convenience of the court.

H.   The Parties agree that this stipulation does not modify any other deadlines in the case schedule.

I.   Synchronoss and Funambol previously requested two two-week extensions in the *Funambol* action with respect to the Case Management Conference: 1) pending the Court's decision on the administrative motion to relate the case to *Dropbox* and *Egnyte*, and 2) pending the Court's decision on Dropbox's Motion to Dismiss in the related matter *Synchronoss v. Dropbox*, Case No. 16-cv-00119-HSG.  (ECF 52, 57).  *See* Civil L.R. 6-2(a)(2).

J.   Synchronoss and Egnyte have not yet requested any extensions of time in the *Egnyte* action.

## II.   STIPULATION

In light of the above facts, the Parties, by and through their respective counsel, jointly request that the Court enter the following stipulation as an Order of the Court:

A.   The Case Management Conferences in both *Synchronoss Techs., Inc. v. Funambol, Inc.*, Case No. 16-cv-02026-HSG, and *Synchronoss Techs., Inc. v. Egnyte, Inc*., Case No. 16-cv-00120-HSG shall be continued to February 28, 2017 at 2:00 p.m. or a later date subject to the convenience of the Court.

IT IS SO STIPULATED.

Dated: January 27, 2017                              DURIE TANGRI LLP

                                                By:        */s/ Catherine Y. Kim*
                                                           SONALI D. MAITRA
                                                       TIMOTHY C. SAULSBURY
                                                        CATHERINE Y. KIM

                                                Attorneys for Defendant
                                                FUNAMBOL, INC.

Dated: January 27, 2017                              DENTONS US LLP

                                                By:        */s/ Sarah S. Eskandari*
                                                         SARAH S. ESKANDARI
                                                          MARK L. HOGGE
                                                       SHAILENDRA MAHESHWARI
                                                         NICHOLAS H. JACKSON

                                                Attorneys for Plaintiff
                                                SYNCHRONOSS TECHNOLOGIES, INC.

Dated: January 27, 2017                              MEYERTONS, HOOD, KOWERT & GOETZEL P.C.

                                                By:         */s/ Ryan T. Beard*
                                                            RYAN T. BEARD
                                                          ERIC B. MEYERTONS
                                                         DWAYNE K. GOETZEL

                                                Attorneys for Defendant
                                                EGNYTE, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 27, 2017          _____
                                  HONORABLE HAYWOOD S. GILLIAM, JR.
                                  UNITED STATES DISTRICT JUDGE

# **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Catherine Y. Kim, attest that concurrence in the filing of this document has been obtained.

Dated:  January 27, 2017

*/s/ Catherine Y. Kim*
CATHERINE Y. KIM