| | |
|---|---|
| NEIL ARTHUR SMITH<br>RIMON P.C.<br>One Embarcadero Center<br>Suite 400<br>San Francisco, CA 94111<br>415-877-1938<br>Fax: (415) 683-5472<br>Email: neilasmith@comcast.net<br><br>RYAN T. BEARD (*pro hac vice*)<br>DWAYNE K. GOETZEL (*pro hac vice*)<br>MEYERTONS, HOOD, KOWERT &<br>GOETZEL, P.C.<br>1120 S. Capital of Texas Hwy., Building 2,<br>Suite 300<br>Austin, Texas 78746<br>Telephone:  (512) 853-8800<br>Fax:  (512) 853-8801<br>Email: rbeard@intprop.com<br>Email: dgoetzel@intprop.com<br><br>*Attorneys for Defendant*<br>*Egnyte, Inc.* | SARAH S. ESKANDARI (SBN 271541)<br>DENTONS US LLP<br>One Market Plaza,<br>Spear Tower, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 267-4000<br>Facsimile: (415) 267-4198<br>Email: sarah.eskandari@dentons.com<br><br>MARK L. HOGGE (*pro hac vice*)<br>SHAILENDRA K. MAHESHWARI<br>*(pro hac vice)*<br>NICHOLAS H. JACKSON (SBN 269976)<br>DENTONS US LLP<br>1900 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 408-6400<br>Facsimile: (202) 408-6399<br>Email: mark.hogge@dentons.com<br>Email: shailendra.maheshwari@dentons.com<br>Email: nicholas.jackson@dentons.com<br><br>*Attorneys for Plaintiff*<br>*Synchronoss Technologies, Inc.* |

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EGNYTE, INC.,<br><br>Defendant. | No. 4:16-cv-00120-HSG<br><br>**STIPULATION & [PROPOSED] ORDER RE PAGE LIMITS FOR PARTIES' CLAIM CONSTRUCTION BRIEFS**<br><br>Date: Nov. 1, 2017<br>Time: 10:00 a.m.<br>Place: Oakland, Courtroom 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

STIPULATION & [PROPOSED] ORDER RE PAGE LIMITS FOR PARTIES' CLAIM CONSTRUCTION BRIEFS
CASE NO. 4:16-CV-00120-HSG

Plaintiff Synchronoss Technologies, Inc. and Defendant Egnyte, Inc., by and through their respective counsel and subject to the Court's approval, stipulate as follows:

WHEREAS, on September 22, 2017, Synchronoss filed and served its Opening Claim Construction Brief (Dkt. No. 84), which was 30 pages in length;

WHEREAS, the parties agree that it is appropriate for Egnyte to be bound by the same page length in its Responsive Claim Construction Brief, which is due on October 6, 2017;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, THAT subject to the Court's approval:

1) Egnyte's responsive claim construction brief shall not exceed 30 pages in length; and

2) Synchronoss' reply claim construction brief shall not exceed 15 pages in length.

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

Dated this 5th day of October, 2017.

| | |
|---|---|
| /s/ Sarah S. Eskandari | /s/ Ryan T. Beard |
| SARAH S. ESKANDARI (SBN 271541) | NEIL ARTHUR SMITH |
| DENTONS US LLP | RIMON P.C. |
| One Market Plaza, | One Embarcadero Center |
| Spear Tower, 24th Floor | Suite 400 |
| San Francisco, CA 94105 | San Francisco, CA 94111 |
| Telephone: (415) 267-4000 | 415-877-1938 |
| Facsimile: (415) 267-4198 | Fax: (415) 683-5472 |
| Email: sarah.eskandari@dentons.com | Email: neilasmith@comcast.net |
| | |
| MARK L. HOGGE (*pro hac vice*) | RYAN T. BEARD (*pro hac vice*) |
| SHAILENDRA K. MAHESHWARI (*pro hac vice*) | DWAYNE K. GOETZEL (*pro hac vice*) |
| NICHOLAS H. JACKSON (SBN 269976) | MEYERTONS, HOOD, KOWERT & GOETZEL, P.C. |
| DENTONS US LLP | 1120 S. Capital of Texas Hwy., Building 2, Suite 300 |
| 1900 K Street, N.W. | Austin, Texas 78746 |
| Washington, DC 20006 | Telephone: (512) 853-8800 |
| Telephone: (202) 408-6400 | Fax: (512) 853-8801 |
| Facsimile: (202) 408-6399 | Email: rbeard@intprop.com |
| Email: mark.hogge@dentons.com | Email: dgoetzel@intprop.com |
| Email: shailendra.maheshwari@dentons.com | |
| Email: nicholas.jackson@dentons.com | *Attorneys for Defendant* |
| | *Egnyte, Inc.* |
| *Attorneys for Plaintiff* | |
| *Synchronoss Technologies, Inc.* | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED   10/10/2017        _____
                          HONORABLE HAYWOOD S. GILLIAM JR.
                          UNITED STATES DISTRICT JUDGE