| | |
|---|---|
| NEIL ARTHUR SMITH<br>RIMON P.C.<br>One Embarcadero Center<br>Suite 400<br>San Francisco, CA 94111<br>415-877-1938<br>Fax: (415) 683-5472<br>Email: neilasmith@comcast.net | SARAH S. ESKANDARI (SBN 271541)<br>DENTONS US LLP<br>One Market Plaza,<br>Spear Tower, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 267-4000<br>Facsimile: (415) 267-4198<br>Email: sarah.eskandari@dentons.com |
| RYAN T. BEARD (*pro hac vice*)<br>DWAYNE K. GOETZEL (*pro hac vice*)<br>MEYERTONS, HOOD, KOWERT &<br>GOETZEL, P.C.<br>1120 S. Capital of Texas Hwy., Building 2,<br>Suite 300<br>Austin, Texas 78746<br>Telephone: (512) 853-8800<br>Fax: (512) 853-8801<br>Email: rbeard@intprop.com<br>Email: dgoetzel@intprop.com | MARK L. HOGGE (*pro hac vice*)<br>SHAILENDRA K. MAHESHWARI<br>*(pro hac vice)*<br>NICHOLAS H. JACKSON (SBN 269976)<br>DENTONS US LLP<br>1900 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 408-6400<br>Facsimile: (202) 408-6399<br>Email: mark.hogge@dentons.com<br>Email: shailendra.maheshwari@dentons.com<br>Email: nicholas.jackson@dentons.com |
| *Attorneys for Defendant*<br>*Egnyte, Inc.* | *Attorneys for Plaintiff*<br>*Synchronoss Technologies, Inc.* |

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EGNYTE, INC.,<br><br>Defendant. | No. 4:16-cv-00120-HSG<br><br>**STIPULATION & [PROPOSED] ORDER RE FILING EGNYTE'S CORRECTED RESPONSIVE CLAIM CONSTRUCTION BRIEF TO PATENT LOCAL RULE 4-5(b)**<br><br>Date: Nov. 1, 2017<br>Time: 10:00 a.m.<br>Place: Oakland, Courtroom 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

Plaintiff Synchronoss Technologies, Inc. and Defendant Egnyte, Inc., by and through their respective counsel and subject to the Court's approval, stipulate as follows:

WHEREAS, on October 6, 2017, Egynte filed and served its Responsive Claim Construction Brief Pursuant to Patent Local Rule 4-5(b) (Dkt. No. 86), which was missing a portion substantially identical to arguments made by Dropbox, Inc. in their Responsive Claim Construction Brief Pursuant to Patent Local Rule 4-5(b) (Case No: 4:16-CV-00119-HSG, Dkt. No. 150) ;

WHEREAS, on October 9, 2017, Egnyte discovered that the portion was missing and emailed to counsel for Synchronoss a corrected version of its Responsive Claim Construction Brief Pursuant to Patent Local Rule 4-5(b) with the missing portion inserted;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, THAT subject to the Court's approval:

1) Egnyte shall file and serve a Corrected Responsive Claim Construction Brief Pursuant to Patent Local Rule 4-5(b) within two business days upon receiving the Court's approval.

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

Dated this <u>16th</u> day of <u>October</u>, 2017.

| | |
|---|---|
| /s/ Sarah S. Eskandari | /s/ Ryan T. Beard |
| SARAH S. ESKANDARI (SBN 271541) | NEIL ARTHUR SMITH |
| DENTONS US LLP | RIMON P.C. |
| One Market Plaza, | One Embarcadero Center |
| Spear Tower, 24th Floor | Suite 400 |
| San Francisco, CA 94105 | San Francisco, CA 94111 |
| Telephone: (415) 267-4000 | 415-877-1938 |
| Facsimile: (415) 267-4198 | Fax: (415) 683-5472 |
| Email: sarah.eskandari@dentons.com | Email: neilasmith@comcast.net |
| | |
| MARK L. HOGGE (*pro hac vice*) | RYAN T. BEARD (*pro hac vice*) |
| SHAILENDRA K. MAHESHWARI (*pro hac vice*) | DWAYNE K. GOETZEL (*pro hac vice*) |
| NICHOLAS H. JACKSON (SBN 269976) | MEYERTONS, HOOD, KOWERT & GOETZEL, P.C. |
| DENTONS US LLP | 1120 S. Capital of Texas Hwy., Building 2, Suite 300 |
| 1900 K Street, N.W. | Austin, Texas 78746 |
| Washington, DC 20006 | Telephone: (512) 853-8800 |
| Telephone: (202) 408-6400 | Fax: (512) 853-8801 |
| Facsimile: (202) 408-6399 | Email: rbeard@intprop.com |
| Email: mark.hogge@dentons.com | Email: dgoetzel@intprop.com |
| Email: shailendra.maheshwari@dentons.com | |
| Email: nicholas.jackson@dentons.com | *Attorneys for Defendant* |
| | *Egnyte, Inc.* |
| *Attorneys for Plaintiff* | |
| *Synchronoss Technologies, Inc.* | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED  10/17/2017

*[signature: Haywood S. Gilliam Jr.]*
HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE