*[COUNSEL OF RECORD IDENTIFIED IN SIGNATURE BLOCK]*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> EGNYTE, INC. <br><br> Defendant. | Case No. 4:16-cv-00120-HSG <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING FACT AND EXPERT DISCOVERY DEADLINES AND ORDER** <br><br> **[CIVIL LOCAL RULE 6-2]** <br><br> **Judge: Hon. Haywood S. Gilliam, Jr.** |

## STIPULATED REQUEST FOR ORDER EXTENDING FACT AND EXPERT DISCOVERY DEADLINES

Pursuant to Civil Local Rule 6-2, Plaintiff Synchronoss Technologies, Inc. ("Synchronoss") and Defendant Egnyte, Inc., ("Egnyte") (collectively, the "Parties") by and through their respective counsel respectfully request that the scheduling order be modified to extend the deadlines for fact and expert discovery.

**WHEREAS**, the Parties continue to conduct written discovery, including Requests for Production of Documents, Interrogatories and Requests for Admissions which are outstanding; (Eskandari Dec. ¶ 4.)

**WHEREAS**, the Parties have pending deposition notices for which depositions are currently being scheduled and the Parties anticipate will be scheduled past the current fact discovery deadline of September 21, 2018; (Eskandari Dec. ¶ 4.)

**WHEREAS**, given the stage of the case and outstanding necessary discovery remaining to conduct, the parties believe there is sufficient good cause to extend the current deadlines for the efficient adjudication of the matter and to conserve the Court's resources; (Eskandari Dec. ¶¶ 4-5.)

**WHEREAS**, the Parties met and conferred to discuss the need for the extension to complete fact and expert discovery, and the Parties believe there is good cause to extend the discovery deadlines as presented herein; (Eskandari Dec. ¶ 3.)

**WHEREAS**, there have only been two prior time modifications in this case: (1) when the Court granted the Parties Stipulation to move the Case Management Conference (ECF 65, 66); and (2) when the Court granted the Parties' Stipulated Request for an extension of time for document production (ECF 106, 107); (Eskandari Dec. ¶ 6.);

**WHEREAS**, the Parties' requested extension will have no impact on the schedule for the case overall, as the pretrial conference and trial dates remain unchanged. (Eskandari Dec. ¶ 7.); and

WHEREAS, on September 11, 2018, the Parties attended a teleconference with the Court before the honorable Haywood S. Gilliam, Jr., and during the teleconference were instructed to propose a new agreed date for the Pre Trial conference and in a subsequent order were instructed to provide a new deadline for filing of dispositive motions (ECF 118, 121); (Eskandari Dec. ¶5).

\\

\\

**STIPULATED REQUEST FOR ORDER EXTENDING FACT AND EXPERT DISCOVERY DEADLINES AND ORDER**
*CASE NO. 4:16-CV-00120-HSG*

109073206\V-3

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, THAT,** subject to the Court's approval, the case schedule be modified as indicated the chart below:

| Event | Current Date Based on ECF 104 | New Agreed Date |
|---|---|---|
| Deadline to Complete Document Productions | May 25, 2018 | October 16, 2018 |
| Deadline to complete fact discovery | September 21, 2018 | November 21, 2018 |
| Initial expert disclosures and reports due | November 9, 2018 | January 9, 2018 |
| Rebuttal expert disclosures and reports due | December 21, 2018 | February 21, 2019 |
| Should Plaintiff serve one or more rebuttal reports regarding objective indicia of non-obviousness, Defendant's responsive expert reports limited solely to objective indicia of non-obviousness | February 1, 2019 | March 1, 2019 |
| Deadline to complete expert discovery | April 5, 2019 | April 19, 2019 |
| Dispositive motions and *Daubert* motions due | May 3, 2019 | May 17, 2019 |
| FRCP 26(a)(3) disclosures and final pretrial conference | Tuesday, July 30, 2019 at 3:00 p.m. | Tuesday, September 24, 2019 at 3:00 p.m. |

3

| Event | Current Date Based on ECF 104 | New Agreed Date |
|-------|-------------------------------|-----------------|
| Commencement of jury trial | October 21, 2019 at 8:30 a.m. 2 week trial | Unchanged |

Dated this 20th day of September, 2018.


/s/ Sarah S. Eskandari

SARAH S. ESKANDARI (SBN 271541)
DENTONS US LLP
One Market Plaza,
Spear Tower, 24th Floor
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
Email: sarah.eskandari@dentons.com

MARK L. HOGGE (*pro hac vice*)
NICHOLAS H. JACKSON (SBN 269976)
DENTONS US LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
Email: mark.hogge@dentons.com
Email: nicholas.jackson@dentons.com

*Attorneys for Plaintiff*
*Synchronoss Technologies, Inc.*


/s/ Ryan T. Beard

Ryan T. Beard (*Pro Hac Vice*)
Dwayne K. Goetzel (*Pro Hac Vice*)
**Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C.**
1120 S. Capital of Texas Hwy.,
Building 2, Suite 300,
Austin, Texas 78746
Direct Dial: (512) 853-8833
Facsimile: (512) 853-8801
Email: rbeard@intprop.com

Neil A. Smith (SBN 63777)
**RIMON P.C.**
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Phone: (415) 377-9280
Facsimile: (800) 930-7271
Email: neil.smith@rimonlaw.com

*Attorneys for Defendant*
*Egnyte, Inc.*


## FILER'S ATTESTATION

I, Sarah S. Eskandari, am the ECF user whose ID and password are being used to file the above STIPULATED REQUEST FOR ORDER EXTENDING FACT AND EXPERT DISCOVERY DEADLINES AND [PROPOSED] ORDER. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: September 20, 2018                    By */s/ Sarah S. Eskandari*

## [PROPOSED] ORDER GRANTING EXTENSION OF FACT AND EXPERT DISCOVERY DEADLINES

**THIS MATTER**, came before the Court on Plaintiff Synchronoss Technologies, Inc. and Defendant Egnyte, Inc., (collectively, the "Parties") Stipulated Request for Order Extending Fact and Expert Discovery Deadlines. The Court, having reviewed and considered the submitted papers in this matter and all relevant factual statements therein, hereby **GRANTS** the Parties' Stipulated Request for Order Extending Fact and Expert Discovery Deadlines as follows:

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:**

| Event | Current Date Based on (ECF 104) | New Agreed to Date |
|---|---|---|
| Deadline to Complete Document Productions | May 25, 2018 | October 16, 2018 |
| Deadline to complete fact discovery | September 21, 2018 | November 21, 2018 |
| Initial expert disclosures and reports due | November 9, 2018 | January 9, 2019 |
| Rebuttal expert disclosures and reports due | December 21, 2018 | February 21, 2019 |
| Should Plaintiff serve one or more rebuttal reports regarding objective indicia of non-obviousness, Defendant's responsive expert reports limited solely to objective indicia of non-obviousness | February 1, 2019 | March 1, 2019 |

| Event | Current Date Based on (ECF 104) | New Agreed to Date |
|---|---|---|
| Deadline to complete expert discovery | April 5, 2019 | April 19, 2019 |
| Dispositive motions and *Daubert* motions due | May 3, 2019 | May 17, 2019 |
| FRCP 26(a)(3) disclosures and final pretrial conference | Tuesday, July 30, 2019 at 3:00 p.m. | Tuesday, September 24, 2019 at 3:00 p.m. |
| Commencement of jury trial | October 21, 2019 at 8:30 a.m. 2 week trial | Unchanged |

**IT IS SO ORDERED.**

DATED:  September 21, 2018

HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE